IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00057-GPG

RONNIE R. ROLLAND,

     Plaintiff,

v.

CARNATION BUILDING SERVICES, INC.,

     Defendant.

_____

## ORDER DRAWING CASE

_____

After review pursuant to 28 U.S.C. § 1915, the Court has determined that this case does not appear to be appropriate for summary dismissal and should be drawn to a **presiding** judge, and when applicable to a **magistrate** judge.   *See* D.C.COLO.LCivR 40.1.   Accordingly, it is

ORDERED that this case shall be drawn to a **presiding** judge, and when applicable to a **magistrate** judge.

DATED January 13, 2016, at Denver, Colorado.

BY THE COURT:

_____
Gordon P. Gallagher
United States Magistrate Judge