IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 16-cv-00057-CMA-NYW

RONNIE R. ROLLAND,

    Plaintiff,

v.

CARNATION BUILDING SERVICES, INC.,

    Defendant.

## ORDER AFFIRMING AND ADOPTING RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (DOC. # 17)

This matter is before the Court on the Recommendation of United States Magistrate Judge Nina Y. Wang, dated February 29, 2016 (Doc. # 17), in which Magistrate Judge Wang recommends that the Court deny Plaintiff Ronnie R. Rolland's motion to amend (Doc. # 13).  The Recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within 14 days after being served with a copy of the Recommendation.  (Doc. # 17 at 5.)  No objections to the Recommendation were filed.  "[T]he district court is accorded considerable discretion with respect to the treatment of unchallenged magistrate reports.  In the absence of timely objection, the district court may review a magistrate's

report under any standard it deems appropriate." *Summers v. State of Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991).

After reviewing the Recommendation of Magistrate Judge Wang, the Court is satisfied that it is sound and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(a). The Court agrees that Plaintiff's motion to amend should be denied. Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge Nina Y. Wang, filed February 29, 2016 (Doc. # 17), is AFFIRMED and ADOPTED; and it is

FURTHER ORDERED that Plaintiff's Motion to Amend (Doc. # 13) is DENIED.


DATED: April 20, 2016                    BY THE COURT:

                                                                CHRISTINE M. ARGUELLO
                                                                United States District Judge